[No. 15324–2–I.   Division One.   April 7, 1986.]

WILLIAM RICHTER, ET AL, *Appellants*, v. RICHARD
GROSS, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 83–2–00386–8, Harry A. Follman, J., entered
August 6, 1984. *Affirmed* by unpublished opinion per
Revelle, J. Pro Tem., concurred in by Swanson and Wil-
liams, JJ.

[No. 14528–2–I.   Division One.   April 7, 1986.]

DOROTHY E. WILKINSON, *Individually and as Personal
Representative, Appellant,* v. JOHNS–MANVILLE
CORPORATION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 864597, Lloyd W. Bever, J., entered March 5,
1984. *Reversed* and *remanded* by unpublished opinion per
Williams, J., concurred in by Swanson, J., and Revelle, J.
Pro Tem.

[No. 15595–4–I.   Division One.   April 7, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
ELLIS EDMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 87918, Terrence A. Carroll, J., entered October
17, 1984. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Scholfield, C.J., and Williams, J.